**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 13-cr-00259-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MARK MICHAEL BOTE,

    Defendant.

---

## MINUTE ORDER[1]

---

    On **November 6, 2013**, commencing at 9:00 a.m., the court shall conduct a status conference for this defendant.

    **IT IS FURTHER ORDERED** that the telephonic setting conference set for October 3, 2013, is **VACATED**.

    Dated: October 7, 2013

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.